IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
SEP 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:23 CR 494 |
| | ) | JUDGE JAMES G. CARR |
| v. | ) CASE NO. | MAG JUDGE CLAY |
| | ) | Title 18, United States Code, |
| ANDREW HOLMES, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about April 12, 2023, in the Northern District of Ohio, Western Division, Defendant ANDREW HOLMES, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Robbery, on or about June 21, 2016, in Case Number CR0201601590, Lucas County Common Pleas Court, and Having Weapons While Under Disability, on or about July 17, 2017, in Case Number CR021701464, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Charter Arms, Model Santa Fe .38 Special Revolver, Serial Number 22L36904, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

ORIGINAL